IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:02CR21-MU |
| | ) | (Financial Litigation Unit) |
| JAMES REUBEN BURTON, JR., | ) | |
| d/b/a The Linville Group. | ) | |

# **O R D E R**

A motion having been duly brought before this Court by the United States of America for an order to amend and supplement the Writs of Execution entered on November 8, 2011 to provide the United States Marshal Service with specific instructions regarding the sale and disposal of levied properties, and there being no timely response to the motion, and the Court having considered the same, the Court finds that the Writs of Execution shall be amended and supplemented in this matter.

It is, therefore, ORDERED, ADJUDGED and DECREED that:

1. The Writs of Execution entered on November 8, 2011 (Docket No. 51 and 53) are hereby amended and supplemented with the following provisions.

2. The United States Marshal Service is hereby commanded to satisfy the judgment in the above-captioned matter by selling all property in which Defendant has a substantial non-exempt interest, including all items of artwork and jewelry secured and levied from Defendant's residence on or about November 29, 2011 pursuant to the November 8, 2011 Writs of Execution.

3. The United States Marshal Service may contract with an auction company, art dealer, jeweler, or any other authorized agent to handle the sale of the levied properties in order to maximize the proceeds generated from said sale.

4. The United States Marshal Service may deduct from the gross proceeds generated from the sale of the levied properties the costs and expenses incurred by the United States Marshal Service and/or its authorized agent.

5. Following the sale of the levied properties, the United States Marshal Service is commanded to turn over the net proceeds realized from the sale of the levied properties to the United States Clerk of Court. The payment should be mailed to the Clerk of the United States District Court, 401 West Trade Street, Charlotte, NC 28202. In order to ensure that the payment is credited properly, the following information should be included on the check: Court Number DNCW3:02CR21-MU.

6. The United States Marshal Service is further commanded to file a Notice of Levy as to the net proceeds realized from the sale of levied property within ten days after the sale of said property.

Signed: May 14, 2012

David C. Keesler
United States Magistrate Judge